UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EBONY BIDDLE,<br><br>  Plaintiff,<br>v.<br>BANK OF AMERICA, N.A., et al.,<br><br>  Defendants. | Case No. 2:16-cv-02582-JCM-PAL<br><br>ORDER<br><br>(Mot Stay Disc – ECF No. 8) |

Before the court is Defendant Bank of America N.A.'s Motion to Stay Discovery Pending a Ruling on Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 8). No opposition has been filed, and the time for filing an opposition has expired. The motion to dismiss is potentially dispositive of all of plaintiff's claims. Having reviewed and considered the matter,

**IT IS ORDERED:**

1. Defendant Bank of America N.A.'s Motion to Stay Discovery Pending a Ruling on Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 8) is **GRANTED**.
2. If the motion to dismiss is denied, the parties shall have 14 days from the date of that order to file a joint proposed discovery plan and scheduling order.

DATED this 28th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE