UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EBONY BIDDLE,<br><br>                    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                    Defendants. | Case No. 2:16-cv-02582-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered November 8, 2016, regarding removal of this case to federal district court. On November 28, 2016, Defendants filed a signed Statement (ECF No. 7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than January 13, 2017,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 30th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE